# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TONYA CRAWFORD**                                                                                     **PLAINTIFF**

**v.**                                            **CASE NO. 3:22-CV-00309-BSM**

**STANDARD INSURANCE**
**COMPANY,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Pursuant to the parties' joint notice of settlement [Doc. No. 20] all deadlines are stayed, and the parties are directed to file their joint stipulation of dismissal within sixty days.

IT IS SO ORDERED this 3rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE