IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA CRAWFORD**                                                                                       **PLAINTIFF**

v.                                   **CASE NO. 3:22-CV-00309-BSM**

**STANDARD INSURANCE COMPANY,** *et al.*                                        **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 22], this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE