IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TONYA CRAWFORD**  PLAINTIFF

v.  CASE NO. 3:22-CV-00309-BSM

**STANDARD INSURANCE COMPANY,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE